HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TED SPICE, | No. 12-cv-6005-RBL |
| Plaintiff, | ORDER |
| v. | (Dkt. #1, 2) |
| LAW OFFICE OF BRIAN ROESCH, et al., | |
| Defendants. | |

Plaintiff has applied for *in forma pauperis* status in his proposed suit for alleged violations of his civil rights under 42 U.S.C. § 1983.

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

Order - 1

1    Here, the Court must deny leave to proceed *in forma pauperis* because Plaintiff's

2 proposed Complaint has no basis in law.  Plaintiff "seeks removal or remand" of his state court

3 case, which apparently involves claims for slander (and is apparently on-going).  (*See* Compl. at

4 2, Dkt. #1.)  The Complaint is confusing, but from what the Court can discern, Plaintiff alleges

5 that Defendants slandered him in state court, and he seeks a remedy in federal court.

6 Unfortunately, a claim under § 1983 requires that a defendant act under color of law, and

7 Defendants here certainly do not.  42 U.S.C. § 1983 ("[e]very person who under color of any

8 statute, ordinance, regulation custome or usage . . .").  Moreover, federal courts are not courts of

9 appeal for state cases.  In short, the Complaint presents no basis for federal jurisdiction.

10    Because this Court lacks jurisdiction to hear Plaintiff's claims, the application to proceed

11 *in forma pauperis* (Dkt. #1) is **DENIED**, and the case is **DISMISSED WITH PREJUDICE**.

12

13    Dated this 30th day of November 2012.

14

15

16    Ronald B. Leighton
      United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28