HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TED SPICE,

                 Plaintiff,

      v.

LAW OFFICE OF BRIAN ROESCH, et al.,

                 Defendants.

No. 12-cv-6005-RBL

ORDER

(Dkt. #1, 2)

Plaintiff has applied for *in forma pauperis* status in his proposed suit for alleged violations of his civil rights under 42 U.S.C. § 1983.

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "It ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

Here, the Court must deny leave to proceed *in forma pauperis* because Plaintiff's proposed Complaint has no basis in law.  Plaintiff "seeks removal or remand" of his state court case, which apparently involves claims for slander (and is apparently on-going).  (*See* Compl. at 2, Dkt. #1.)  The Complaint is confusing, but from what the Court can discern, Plaintiff alleges that Defendants slandered him in state court, and he seeks a remedy in federal court.  Unfortunately, a claim under § 1983 requires that a defendant act under color of law, and Defendants here certainly do not.  42 U.S.C. § 1983 ("[e]very person who under color of any statute, ordinance, regulation custom or usage . . .").  Moreover, federal courts are not courts of appeal for state cases.  In short, the Complaint presents no basis for federal jurisdiction.

Because this Court lacks jurisdiction to hear Plaintiff's claims, the application to proceed *in forma pauperis* (Dkt. #1) is **DENIED**, and the case is **DISMISSED WITH PREJUDICE**.

Dated this 30th day of November 2012.

Ronald B. Leighton
United States District Judge